# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STEPHANIE SMITH,

    Plaintiff,    :  Case No. 3:07-cv-420

- vs -            District Judge Thomas M. Rose
                 Magistrate Judge Michael R. Merz

MICHAEL J. ASTRUE,    :
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.   :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

  The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 22, 2008, hereby ADOPTS said Report and Recommendations.

  Accordingly, it is hereby ORDERED that the Commissioner's decision that Plaintiff was not disabled and therefore not entitled to benefits under the Act be AFFIRMED.

December 30, 2008

                     Thomas M. Rose
                     United States District Judge